# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:14-cr-00008-JLT__

U.S.A.
v.

HERBERT ULMER

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __275.00__          ( ) **Penalty ASSESSMENT** of $ _____

(✓) **PROCESSING Fee** of $ __25.00__     for a **TOTAL AMOUNT** of $ __300.00__ ,

paid within __30__ days . **OR** payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| CENTRAL VIOLATIONS BUREAU | ✓ CLERK, U.S.D.C. | (Traffic School payments / certificates are mailed to) |
| PO Box 71363 | 2500 Tulare St., Rm 1501 | U.S. Courts - CVB |
| Philadelphia, PA 19176-1363 | Fresno, CA 93721 | PO Box 780549 |
| 1-800-827-2982 | 559-499-5600 | San Antonio, TX 78278-0549 |
| | | 1-800-827-2982 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __9/5/2014__          __/s/ Jennifer L. Thurston__
                              U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007